No. 105. ADAMS ET AL. v. BOARD OF REGENTS OF THE STATE OF FLORIDA ET AL. Appeal from D. C. M. D. Fla. Judgment vacated and case remanded for reconsideration in light of this Court's decision in *Connell* v. *Higginbotham, ante,* p. 207. MR. JUSTICE MARSHALL took no part in the consideration or decision of this case.

No. 147. RIMARCIK v. JOHANSEN, CITY CLERK OF MINNEAPOLIS, ET AL. Appeal from D. C. Minn. Judgment vacated and case remanded for reconsideration in light of this Court's decision in *Gordon* v. *Lance, ante,* p. 1. MR. JUSTICE MARSHALL took no part in the consideration or decision of this case.

No. 1645. ORLEANS PARISH BOARD OF SUPERVISORS OF ELECTIONS ET AL. v. DUNDEE. Appeal from C. A. 5th Cir. Judgment vacated and case remanded for reconsideration in light of amendments to Sections 1909, 1931, and 1995 of Title 47 of Louisiana Revised Statutes of 1950, enacted by the Legislature of Louisiana by Act No. 232 on July 2, 1970. MR. JUSTICE DOUGLAS dissents from this action of the Court.

No. 641. MIHALY ET AL. v. WESTBROOK ET AL. Sup. Ct. Cal. Certiorari granted, judgment vacated, and case remanded for reconsideration in light of this Court's decision in *Gordon* v. *Lance, ante,* p. 1. MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition.